Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Scott Johnson (Bar #287182)
sjohnson@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Jennifer Hatfield

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| JENNIFER HATFIELD,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; COMENITY BANK; JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Civil Case No.: 2:19-CV-01611-JAM-KJN<br><br>**ORDER** |

**<u>ORDER</u>**

Pursuant to the stipulation of the Parties, Comenity Bank is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 17, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge